Eddie MORRIS, Appellant, v. UNITED STATES of America.

No. 10845.

Circuit Court of Appeals, Eighth Circuit.

Feb. 8, 1937.

W. L. Vandeventer, of Springfield, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of appellee for failure to comply with rule 26 of this court.

George Thomas MORTON v. S. A. DORSETT.

No. 7724.

Circuit Court of Appeals, Sixth Circuit.

May 13, 1937.

Lyle Burrow and J. D. Baumgardner, both of Bristol, Tenn., for appellant.

T. R. Bandy, of Kingsport, Tenn., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon motion of appellee, accompanied by certificate of the clerk of the District Court as required by rule 18, it is ordered that the appeal herein be, and the same is, docketed and dismissed.

Max NACHT and Jacob Terner, Appellants, v. UNITED STATES of America, Appellee.

No. 324.

Circuit Court of Appeals, Second Circuit.

April 14, 1937.

Harold L. Turk, of Brooklyn, N. Y. (Harold L. Turk and Eugene J. Epstein, both of Brooklyn, N. Y., of counsel), for appellants.

Leo J. Hickey, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith, James G. Scileppi, and Frank J. Parker, Asst. U. S. Attys., all of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

NATIONAL ELECTRIC PRODUCTS CORPORATION, Plaintiff-Appellant, v. Irving GROSSMAN, Defendant-Appellee.

No. 225.

Circuit Court of Appeals, Second Circuit.

April 19, 1937.

Cooper, Kerr & Dunham, of New York City (John C. Kerr and George F. DesMarais, both of New York City, of counsel), for appellant.

Mock & Blum, of New York City, for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (19 F.Supp. 28) affirmed.